**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHAIM STEIN, Individually and On Behalf of All Others Similarly Situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11-06100 |
| SANJAY K. JHA, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chaim Stein, individually, by his attorneys, files this Notice of Dismissal. In support of the Notice, Plaintiff states:

1. Plaintiff filed this case as a putative class action on behalf of himself and other public shareholders of Motorola Mobility.

2. Defendants have not served an answer or motion for summary judgment.

3. No class has been certified in this case.

4. In late October 2011, the parties to this action ("Federal Action") and to putative class actions filed by Motorola stockholders in the Circuit Court of Cook County, Illinois, in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, and in the Court of Chancery of the State of Delaware reached an agreement-in-principle providing for the partial settlement of the Consolidated Cook County Action and the voluntary dismissal of the Lake County Action, the Delaware Actions and this Federal Action on the terms and subject to the conditions of a Memorandum of Understanding entered by the parties in these actions.

5. The Memorandum of Understanding provides that plaintiff in this case will voluntarily dismiss without prejudice subject to refiling as part of the Consolidated Cook County Action.

Accordingly, Plaintiff individually only, and not on behalf of a class, dismisses this action without prejudice with the filing of this Notice of Voluntary Dismissal.

Dated: November 18, 2011

**LASKY & RIFKIND, LTD.**

By: /s/ Norman Rifkind
Norman Rifkind
Leigh R. Lasky
Amelia S. Newton
351 W. Hubbard Street, Suite 401
Chicago, Illinois 60654
Telephone: (312) 634-0057
Facsimile: (312) 634-0059

**WEISS & LURIE**
Joseph H. Weiss, Esq.
Mark D. Smilow, Esq.
Michael A. Rogovin, Esq.
1500 Broadway
16th Floor
New York, NY 10036
(212) 682-3025

*Counsel for Plaintiff*